UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH B. GARCIA,

      Plaintiff,

  v.

D. VANG, *et al.*,

      Defendants.

Case No.  2:25-cv-2731-JDP (P)

ORDER

Plaintiff moves to amend his complaint.  ECF No. 10.  Since the court has not screened his first amended complaint and no party has appeared, I will grant his motion and grant him thirty days to file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend, ECF No. 10, is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:  ___January 22, 2026___　　　　　　　_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE